UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS HOLDFER, on behalf of
himself and others similarly
situated,

       Plaintiff,

v.                                   Case No: 2:14-cv-261-FtM-29CM

JAMES M. BARB CONSTRUCTION,
INC., a foreign profit
corporation,

       Defendant.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #17), filed July 28, 2014, recommending that the parties' Joint Motion for Approval of Settlement (Doc. #15) be granted, the Settlement Agreement and Release of Claims (Doc. #16-1) be approved, and the case dismissed.  On July 29, 2014, the parties filed a Joint Motion to Waive Exception Period (Doc. #18) waiving the time period to file objections.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).   In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.   28 U.S.C. § 636(b)(1)(C).   The district judge reviews legal conclusions *de novo*, even in the absence of an objection.   See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.   The Joint Motion to Waive Exception Period (Doc. #18) is **granted** and the objection period is deemed waived.

2.   The Report and Recommendation (Doc. #17) is hereby **adopted** and the findings **incorporated** herein.

3.   The parties' Joint Motion for Approval of Settlement (Doc. #15) is **granted** and the Settlement Agreement and Release of Claims (Doc. #16-1) is **approved** as a fair and reasonable resolution of a bona fide dispute.

4.   The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___30th___ day of July, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties